# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PROTEGE RESTAURANT PARTNERS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SENTINEL INSURANCE COMPANY, LIMITED,<br><br>    Defendant. | Case No.  20-cv-03674-BLF<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT** |

Plaintiff Protégé Restaurant Partners, LLC filed the instant class action suit against Defendant Sentinel Insurance Co., Ltd. d/b/a The Hartford on June 2, 2020. Defendant filed a motion to dismiss on August 17, 2020 (Dkt. 17). Plaintiffs filed a first amended complaint on September 8, 2020 (Dkt. 26). Under Fed. R. Civ. P. 15(a), a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). Accordingly, the Clerk shall terminate the motion to dismiss as moot.

**IT IS SO ORDERED.**

Dated: September 9, 2020

_____
BETH LABSON FREEMAN
United States District Judge