# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PROTEGE RESTAURANT PARTNERS LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>SENTINEL INSURANCE COMPANY, LIMITED,<br><br>        Defendant. | Case No. 20-cv-03674-BLF<br><br>**ORDER STRIKING MOTIONS UNDER RULE 12 WITHOUT PREJUICE TO FILING A CONFORMING BRIEF** |

On September 22, 2020, Defendant Sentinel Insurance Company filed two motions to dismiss pursuant to Fed. R. Civ. P. 12. *See* ECF 33, 35. The Court STRIKES both motions without prejudice to filing a conforming brief. Defendant may file a single Rule 12 Motion to Dismiss totaling 25 pages. Defendant is directed to comply with the Court's standing order, to include its rules on footnotes. *See* Standing Order Re Civil Cases, IV.4.

**IT IS SO ORDERED.**

Dated: September 23, 2020

_____
BETH LABSON FREEMAN
United States District Judge