UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PROTEGE RESTAURANT PARTNERS LLC, | Case No. 20-cv-03674-BLF |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| SENTINEL INSURANCE COMPANY, LIMITED, | |
| Defendant. | |

Plaintiff's Second Amended Complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendant and against Plaintiff.

Dated: September 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge